# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Seyidxan Salih, | No. CV-25-02096-PHX-SMB (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| David R Rivas, et al., | |
| Respondents. | |

Petitioner filed this § 2241 Petition challenging his immigration detention on the basis that it was unlawful because his removal to Syria was not reasonably likely to occur. (Doc. 1.) Petitioner filed an amended petition adding claims that any potential third country removal would be unlawful because he has not been provided sufficient notice of the proposed third country or an opportunity to seek relief from removal to that country. Respondents indicated in their response to Petitioner's motion for discovery that travel documents have been issued for Petitioner, but did not specify which country issued those documents. As a result, Petitioner has filed a second motion for injunctive relief requesting the Court to enjoin his removal to a third country because he has not been provided adequate notice of the country to which the United States intends to remove him. (Doc. 25.) The United States must respond to Petitioner's July 22, 2025 Motion for Temporary Restraining Order or Preliminary Injunction.

///

///

1    **IT IS ORDERED** the United States must respond to Petitioner's July 22, 2025 Motion no later than **July 30, 2025**. Petitioner may file a reply no later than **August 1, 2025**.

Dated this 23rd day of July, 2025.

_____
Honorable Susan M. Brnovich
United States District Judge

- 2 -